UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GARRETT HOTEL GROUP, INC.,

                Plaintiff,

     -v-                                  No. 8:10-CV-1443

DAVID W. and CHRISTIE GARRETT,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAVID N. HURD
United States District Judge

## **O R D E R**

Plaintiff cannot establish subject matter jurisdiction as complete diversity of the parties is lacking. The Garrett Hotel Group, Inc. last transacted business in Vermont, the same state of which defendants are citizens.

Accordingly, pursuant to the oral decision of the Court entered into the record after hearing oral argument on April 29, 2011, in Utica, New York, it is hereby

ORDERED that defendants' motion to dismiss is GRANTED, without prejudice.

IT IS SO ORDERED.

The Clerk is directed to enter judgment accordingly.

                                                                United States District Judge

Dated: April 29, 2011
        Utica, New York.