# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

# JUDGMENT IN A CIVIL CASE

**GARRETT HOTEL GROUP, INC.**

      vs.                       **CASE NUMBER: 8:10-CV-1443**

**DAVID W. and CHRISTIE GARRETT**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the defendants' motion to dismiss is GRANTED, without prejudice,

All of the above pursuant to the order of the Honorable Judge DAVID N. HURD, dated the 29th day of April, 2011.

DATED: April 29, 2011

*[signature]*
Clerk of Court

s/
_____
Christine Mergenthaler
Deputy Clerk

entered and served 4/29/11